# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD CHARLES OWINGS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-487** |
| **WILLIAM J. BURRIS, ET AL.** | **SECTION" "J"(5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation **(Rec. Doc. 16)** and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims, to the extent construed as seeking *habeas corpus* relief, be dismissed without prejudice, and the § 1983 claims dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii) and 1915A.

New Orleans, Louisiana, this 18th day of August. 2023.

**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**